IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-02160-WDM-CBS

GEORGE LOPEZ,

    Plaintiff,

v.

BEVERLEY NICHOLS,
Major (FCF) Physical Plant Manager,
DUANE CONNERS,
Captain (FCF) Physical Plant Supervisor, and
WALTER WOODS,
Sergeant (FCF) Grounds Maintenance Supervisor,
all sued in their individual and official capacities,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

    IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion to File Second Amended Complaint (*doc. no. 34*) is **GRANTED**.  As of the date of this order, the clerk's office is instructed to accept for filing, Plaintiff's Second Amended Complaint (*doc no. 34-3*) tendered to the court on November 9, 2006.

**DATED:**    November 14, 2006