IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-02160-WDM-CBS

GEORGE LOPEZ,

    Plaintiff,

v.

BEVERLEY NICHOLS,
Major (FCF) Physical Plant Manager,
DUANE CONNERS,
Captain (FCF) Physical Plant Supervisor, and
WALTER WOODS,
Sergeant (FCF) Grounds Maintenance Supervisor,
all sued in their individual and official capacities,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Motion to Vacate and Re-Set Status Conference (*doc. no. 50)* is **DENIED**.

**DATED:**    March 27, 2007